ORDERED.

**Dated:  June 14, 2023**

Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**www.flmb.uscourts.gov**

Case No. 2:23-bk-00265-FMD
Chapter 13

In re:

Tedulfo Artigas Corrada
          Debtor(s)

_____/

**ORDER RESERVING RULING ON TRUSTEE'S MOTION**
**TO DISMISS FOR FAILURE TO MAKE PLAN PAYMENTS**
**TO TRUSTEE AND GRANTING PERIOD TO CURE DEFAULT**

This matter came on for consideration, for the purpose of the entry of an appropriate Order in the

above Styled Chapter 13 Case, upon the Trustee's Motion to Dismiss for Failure to Make Plan

Payments (Doc#19). The Court having reviewed the motion and based upon the facts set forth

above, it is

    **ORDERED**:

    1.    The Debtor(s) shall make the July 9, 2023 & August 9, 2023 payments of $275.00

each, both on time. The Debtor(s) shall also cure all delinquencies and bring all payments current

under the Plan by paying to the Chapter 13 Trustee the additional sum of $825.31 on or before

September 9, 2023, which amount includes the September, 2023 payment. Notwithstanding the

foregoing, nothing contained in this order relieves the Debtor(s) of the obligation to be current with all plan payments at the time of the confirmation hearing as a means of demonstrating that the plan is feasible.

2.      In the event Debtor(s) fail to timely make payments as mentioned above and to cure arrearages as herein provided, the Trustee, may without further notice to the Debtor(s), submit for this Court's consideration an Order dismissing this case.

3.      Assuming the Debtor(s) bring all payments to the Trustee current pursuant to Paragraph 1 above, the Court will reserve ruling on the Trustee's Motion to Dismiss. In the event payments to the Trustee hereafter become delinquent, the Trustee may file a Notice of Default, giving the Debtor(s) fourteen (14) days to cure the delinquency in plan payments.  If the Debtor(s) fail to become current with their plan payments within fourteen (14) days of the Notice of Default, the Trustee may, without further notice to the Debtor(s), submit an Order dismissing the above-styled Chapter 13 case.

Trustee, Jon M. Waage, is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.

JMW/MEC/jlz                                         C13T 6/13/2023