**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:  Case No. 2:23-bk-00265-FMD
Chapter 13

Tedulfo Artigas Corrada

    Debtor(s)
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on October 9, 2025 at 2:15** *pm* **before the Honorable Caryl E. Delano, United States Bankruptcy Judge, by Zoom from Courtroom 9A, Tampa, Florida. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's** *Procedures Governing Court Appearances* **regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00pm one business day before the date of the hearing.**

COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

1. The Debtor's current Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on March 10, 2023.

2. On September 27, 2023 the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor(s) must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2022.

3. It appears as though the Debtor(s) failed to comply with the Order Confirming Plan to provide their 2024 federal income tax return and any refund they might have received. **Failure to turn over**

**the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 722855
P.O. Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to Tedulfo Artigas Corrada, 545 N. Jinete St. , Clewiston, FL 33440- and Jose A. Blanco, Esq., Jose A. Blanco, PA, 102 E 49th Street, Hialeah, FL 33013-, on September 18, 2025.

/s/ Michael E. Cecil
Michael E. Cecil, Esquire

JMW/MEC/ss