**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Tedulfo  Artigas Corrada                                    Case No. 2:23-bk-00265-FMR
Debtor(s)

_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF**
**PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN**

    Daryl J. Smith, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments to the Chapter 13 Trustee under their Chapter 13 Plan.

        Dated June 5, 2026.


                                    /s/ Daryl J. Smith
                                    Daryl J. Smith
                                    Chapter 13 Standing Trustee
                                    P.O. Box 25001
                                    Bradenton, FL  34206-5001
                                    Phone (941) 747-4644
                                    Fax (941) 750-9266


Copies furnished electronically or by U.S. Mail to:

Tedulfo  Artigas Corrada
545 N. Jinete St.
Clewiston, FL  33440-

Jose A. Blanco, Esq.
Jose A. Blanco, PA
102 E 49th Street
Hialeah, FL  33013-