ORDERED.

**Dated:  July 29, 2026**

_____
Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:    Tedulfo Artigas Corrada                    Case No.: 2:23-bk-00265
                                                                          Chapter 13

_____Debtor_____/

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION TO APPROVE SALE
OF EXEMPT HOMESTEAD PROPERTY AND AUTHORIZE RETENTION OF
SEGREGATED NET HOMESTEAD PROCEEDS**

**THIS CASE** came before the Court on the Chapter 13 consent calendar on July 28,

2026, on the Debtor's Emergency Motion to Approve Sale of Exempt Homestead Property,

Authorize Closing Disbursements, and Authorize Debtor to Retain Segregated Net

Homestead Proceeds (ECF# 39) (the "Motion"). The Court finds that cause exists to

shorten notice and waive the stay under Fed. R. Bankr. P. 6004(h), and that the sale is fair,

reasonable, and in good faith, it is

**ORDERED AND ADJUDGED:**

1.  The Motion is GRANTED.

2.  The Debtor is authorized to sell the real property located at 545 N. Jinete Street, Clewiston, Florida 33440, Parcel No. 1-32-44-14-A00-0204-0000, to Beatriz Robert for $361,400.00 on terms materially consistent with the executed "As Is" Residential Contract for Sale and Purchase and the Seller's Closing Disclosure, subject to ordinary closing prorations and updated payoff figures. The Property is legally described as follows:

    **THE SOUTH 1/2 OF THE SOUTHWEST 1/4 OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 14, TOWNSHIP 44 SOUTH, RANGE 32 EAST, HENDRY COUNTY, FLORIDA, A/K/A LOT NO. 2804, MONTURA RANCH ESTATES. SUBJECT TO AN EASEMENT FOR AN ACCESS ROAD OF THE WEST 30 FEET THEREOF.**

3.  The Debtor is authorized to execute and deliver the warranty deed, settlement statement, affidavits, and all other documents reasonably necessary to consummate the sale.

4.  Pinnacle Title Services is authorized to disburse from the gross sale proceeds: (a) the current first-mortgage payoff; (b) real estate commissions shown on the closing disclosure; (c) the seller credit not exceeding $15,000.00; (d) taxes, assessments, and customary prorations; (e) title, settlement, recording, and closing charges; and (f) other ordinary expenses materially consistent with the Contract and closing disclosure. Any material reduction in the estimated net proceeds of $199,692.03, other than ordinary payoff interest and prorations, requires written consent of the Chapter 13 Trustee or further order of the Court.

5. Closing is authorized on or before August 14, 2026, or on a later date agreed in writing by the Debtor and Buyer, provided the material economic terms do not change and the title commitment remains effective.

6. The sale shall close only after entry of an order avoiding the Truist Bank judicial lien recorded as Instrument No. 202226012158, Official Records Book 1034, Page 1043, Public Records of Hendry County, Florida, or after other treatment approved in writing by the title insurer and the Chapter 13 Trustee that does not materially reduce the Debtor's net proceeds.

7. The Buyer is a good-faith purchaser for value within the meaning of 11 U.S.C. § 363(m), to the extent § 363 applies.

8. All net sale proceeds shall be disbursed directly to the Debtor's separate account for these homestead proceeds.

9. The net proceeds retain the exempt character of the Property and are reserved to the Debtor as homestead proceeds.

10. The 14-day stay imposed by Fed. R. Bankr. P. 6004(h) is WAIVED. This Order is effective immediately upon entry.

11. The Court retains jurisdiction to interpret and enforce this Order and to determine any dispute concerning the sale or the exempt status and use of the net proceeds.

# # #

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST, Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order within three days after entry upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.