ORDERED.

**Dated:  July 29, 2026**

_____
Luis E. Rivera II
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:   Tedulfo Artigas Corrada

Case No.: 2:23-bk-00265
Chapter 13

_____Debtor_____/

### ORDER GRANTING DEBTOR'S VERIFIED EMERGENCY MOTION TO AVOID JUDICIAL LIEN OF TRUIST BANK ON EXEMPT HOMESTEAD PROPERTY

THIS CASE came before the Court on the Chapter 13 consent calendar on July 28, 2026, on the Debtor's Verified Emergency Motion to Avoid Judicial Lien of Truist Bank on Exempt Homestead Property (ECF# 37) (the "Motion"). The Court finds that the judicial lien described below impairs the Debtor's allowed homestead exemption. Accordingly, it is

ORDERED:

1. The Motion is GRANTED.

2. The real property affected by this Order is located at 545 N. Jinete Street, Clewiston, Florida 33440, Parcel No. 1-32-44-14-A00-0204-0000, and is legally described as follows:

**THE SOUTH 1/2 OF THE SOUTHWEST 1/4 OF THE NORTHWEST 1/4 OF THE SOUTHEAST 1/4 OF THE SOUTHWEST 1/4 OF SECTION 14, TOWNSHIP 44 SOUTH, RANGE 32 EAST, HENDRY COUNTY, FLORIDA, A/K/A LOT NO. 2804, MONTURA RANCH ESTATES. SUBJECT TO AN EASEMENT FOR AN ACCESS ROAD OF THE WEST 30 FEET THEREOF.**

3. The judicial lien of Truist Bank arising from the Default Final Judgment entered July 15, 2022, in Truist Bank v. Tedulfo Corrada a/k/a Tedulfo Artigas Corrada, Hendry County Court Case No. 22000054CCAXMX, and recorded September 7, 2022, as Instrument No. 202226012158, Official Records Book 1034, Page 1043, Public Records of Hendry County, Florida, is AVOIDED IN FULL as to the Property pursuant to 11 U.S.C. § 522(f).

4. The avoided Judicial Lien is extinguished as to the Property, shall not survive the bankruptcy as a lien against the Property, and shall not attach to or remain enforceable against the Property or the proceeds derived from its sale.

5. A certified copy of this Order may be recorded in the Public Records of Hendry County, Florida, and shall constitute record notice that the Judicial Lien has been avoided and is unenforceable against the Property. This Order does not operate as a satisfaction of the Judgment against property other than the Property, except to the extent otherwise provided by the Bankruptcy Code or discharge order.

*###*

Respectfully Submitted By: **JOSE A. BLANCO, P.A.,** Jose A. Blanco | FBN: 062449, Attorney for Debtor(s), 102 E 49th ST Hialeah, FL 33013, Tel. (305) 349-3463, E-Mail: jose@blancopa.com

Attorney Blanco is directed to serve this order within three days after entry upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.